UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ANDREW LLAMAS,<br><br>              Defendant. | CASE NO.:  25-cr-835-JAH<br><br>Hon. John A. Houston<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXTEND TIME TO FILE RESPONSE |

Pending before the Court is the parties' Joint Motion to continue the Motion Hearing/Trial Setting and Extend Time to File a Response.  Good Cause appearing, **IT IS HEREBY ORDERED**:

1.   The Motion Hearing/Trial Setting set for June 25, 2025 is continued to **July 16, 2025 at 11:30 a.m.**

2.   The United States' time to file its response to Defendant's Motion to Suppress is extended to **July 9, 2025**.

3.   Time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting

1 | and Extend Time to File Response.

2

3 | DATED: June 24, 2025

　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge